FILED: December 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2493

(3:13-cv-00239-JRS)

_____

BONNIE NEWMAN DAVIS

        Plaintiff - Appellant

v.

MICHAEL RAO, PhD, individually; L. TERRY OGGEL, PhD., individually; FRED M. HAWKRIDGE, PhD., individually; BEVERLY J. WARREN, PhD., individually; CYNTHIA K. KIRKWOOD, Pharm.D., individually

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:13-cv-00239-JRS |
| Date notice of appeal filed in originating court: | 12/11/2013 |
| Appellant (s) | Bonnie Newman Davis |
| Appellate Case Number | 13-2493 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |