FILED: February 7, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-2493

(3:13-cv-00239-JRS)

_____

BONNIE NEWMAN DAVIS

      Plaintiff - Appellant

v.

MICHAEL RAO, PhD, individually; L. TERRY OGGEL, PhD., individually; FRED M. HAWKRIDGE, PhD., individually; BEVERLY J. WARREN, PhD., individually; CYNTHIA K. KIRKWOOD, Pharm.D., individually

      Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 03/10/2014

Opening brief due: 03/10/2014

Response brief due: 04/11/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk