IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

BONNIE NEWMAN DAVIS

    Plaintiff-Appellant,

v.                                     Case No.:    13-2493

MICHAEL RAO, et al.

    Defendants-Appellees,

## APPELLANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

The appellant Bonnie Newman Davis, by the undersigned counsel, pursuant Local Rule 30(c) of the Rules of Appellant Procedure, moves this Court for leave to file a Supplemental Appendix.

On March10, 2014, the appellant filed for Opening Brief and the Joint Appendix. Two exhibits comprising 17 pages that were designated for inclusion in the Appendix by appellees were left out of the Appendix due to the inadvertence of the undersigned counsel for the appellant.

**Counsel for appellees has graciously consented to appellant's filing Supplemental Joint Appendix containing the excluded exhibits to avoid the expense of creating and filing an entirely new Appendix.**

The two exhibits to be included in the Supplemental Appendix are:

1. Virginia Commonwealth University's Faculty Promotion and Tenure Policies and Procedures. This was part of the record before the District Court and was identified as Exhibit L to the appellees' Motion to Dismiss. It comprises 16 pages.

2. Letter dated May 11, 2011 from the Commonwealth University Dean of the College of Humanities and Sciences offering appellant a one-year teaching contract. It was part of the record before the District Court and was identified as Exhibit K to the appellees' Motion to Dismiss. It comprises 1 page.

The appellant is a university professor of modest means and cannot afford the additional expense caused by her counsel's inadvertence. The undersigned will bear the expense of filing the Supplemental Appendix, but has performed the tasks of this appeal without compensation. He respectfully requests leave to file a Supplemental Appendix to reduce costs in this matter.

WHEREFORE, the appellant respectfully requests leave to file a Supplemental Joint Appendix.

> Respectfully submitted,
>
> BONNIE NEWMAN DAVIS
>
>
> By: _____/s/_____
> Scott Gregory Crowley

2

Virginia Bar Number 31216
Attorney for Bonnie Newman Davis
Crowley & Crowley
Overlook II Building
4870 Sadler Road, Suite 300
Glen Allen, Virginia 23060
Phone: (804) 205-5010
Fax: (804) 205-5001
scrowley@crowleyandcrowley.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13h day of March, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Sydney E. Rab, Esq.,
Sr. Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, VA  23219

_____/s/_____
Scott Gregory Crowley
Virginia Bar Number 31216
Attorney for Bonnie Newman Davis
Crowley & Crowley
Overlook II Building
4870 Sadler Road, Suite 300
Glen Allen, Virginia 23060
Phone: (804) 205-5010
Fax: (804) 205-5001
scrowley@crowleyandcrowley.com